UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LARRY CRONAN and<br>MAAT VAN UITERT,<br><br>  Plaintiffs,<br><br>v.<br><br>FREEBORN TOWNSHIP, DUNKLIN COUNTY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   Cause No.: 1:21-CV-00122-SNLJ<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Larry Cronan and Maat Van Uitert, by and through counsel, and Defendant Freeborn Township, Dunklin County, by and through counsel, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), hereby stipulate and agree that this case is dismissed with prejudice with Plaintiffs to be responsible for and pay their attorney fees and costs incurred herein and Defendant to be responsible for and pay its attorney fees and costs incurred herein.

Respectfully submitted,

KENNEDY, KENNEY, ROBBINS & YARBRO, L.C.

By: Scott A. Robbins
Scott A. Robbins, #72649MO
1165 Cherry Street
P.O. Box 696
Poplar Bluff, MO 63902
Telephone: (573) 686-2459
scott@kkrylawfirm.com
Attorney for Plaintiffs

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*

By: /s/ D. Keith Henson
D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton (St. Louis), MO 63105
Telephone: (314) 727-2266
Facsimile: (314) 727-2101
khenson@pcblawfirm.com
Attorney for Defendant Freeborn Township, Dunklin County

So ordered this 18th day of May, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

04117026.DOCX/1/2565-1008